## A14A0730. FROST v. THE STATE.
(780 SE2d 821)

BARNES, Presiding Judge.

In *State v. Frost*, 297 Ga. 296 (773 SE2d 700) (2015), the Supreme Court of Georgia reversed the judgment of this Court in *Frost v. State*, 328 Ga. App. 337 (761 SE2d 875) (2014). Accordingly, we vacate our earlier opinion and adopt the judgment of the Supreme Court as our own.

*Judgment affirmed. Boggs and Branch, JJ., concur.*

DECIDED DECEMBER 9, 2015.

*George C. Creal, Jr.,* for appellant.

*Barry E. Morgan, Solicitor-General, Emily B. Keener, Cara M. Convery, D. Melissa Tatum, Assistant Solicitors-General,* for appellee.